**SIDLEY AUSTIN LLP**
Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

**AMGEN INC.**
Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited*

**MORRISON & FOERSTER LLP**
Erik J. Olson (SBN 175815)
Eric C. Pai (SBN 247604)
755 Page Mill Road
Palo Alto, California 94304
Telephone: 650.813.5600
Facsimile: 650.494.0792
ejolson@mofo.com

Rachel Krevans (SBN 116421)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
rkrevans@mofo.com

Grant J. Esposito (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
gesposito@mofo.com

*Attorneys for Defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED,<br><br>             Plaintiffs,<br>     vs.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br>             Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST TO RELATE CASES, AND [PROPOSED] ORDER** |

STIPULATED REQUEST TO CONSIDER
WHETHER CASES SHOULD BE RELATED                                  Case No. 3:14-cv-04741-RS

1   Pursuant to Civil Local Rules 3-12 and 7-11 and Patent Local Rule 2-1, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited ("Amgen") and Defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH ("Sandoz") hereby stipulate and request that the Court relate the newly filed action, *Amgen Inc. v. Sandoz Inc.*, Case No. 3:16-cv-02581 ("the -02581 case"), to the present case.

Amgen filed this case on October 24, 2014 against Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH. The case involves U.S. Patent Nos. 8,940,878 and 6,162,427. The accused product is Sandoz's biosimilar version of NEUPOGEN® (filgrastim). Amgen filed the -02581 case on May 12, 2016 against Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek Pharmaceuticals d.d. The -02581 case involves U.S. Patent Nos. 8,940,878 and 5,824,784. The accused product there is Sandoz's proposed biosimilar version of NEULASTA® (pegfilgrastim).

Civil Local Rule 3-12 defines a related case as follows:

> An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Patent Local Rule 2-1(a)(1) states:

> When actions concerning the same patent are filed within two years of each other by the same plaintiff, they will be deemed related.

Here, the two actions are related in view of the following:

- The cases concern substantially the same parties, even though the -02581 case is asserted against an additional defendant, Lek Pharmaceuticals d.d.

- Both cases involve U.S. Patent No. 8,940,878, and thus concern the same asserted patent filed within two years of each other by the same plaintiff.

Accordingly, relating the cases will avoid duplication of labor and expense or conflicting results.

STIPULATED REQUEST TO RELATE CASES
AND [PROPOSED] ORDER                     1                     Case No. 3:14-cv-04741-RS

Dated: May 26, 2016

Respectfully submitted,

| SIDLEY AUSTIN LLP | MORRISON & FOERSTER LLP |
|---|---|
| By: /s/ Vernon M. Winters <br> Vernon M. Winters (SBN 130128) <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104-1503 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br> vwinters@sidley.com <br><br> Nicholas Groombridge (*pro hac vice*) <br> Eric Alan Stone (*pro hac vice*) <br> Jennifer H. Wu (*pro hac vice*) <br> Jennifer Gordon <br> Peter Sandel (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> ngroombridge@paulweiss.com <br><br> Wendy A. Whiteford (SBN 150283) <br> Lois M. Kwasigroch (SBN 130159) <br> AMGEN INC. <br> One Amgen Center Drive <br> Thousand Oaks, CA 91320-1789 <br> Telephone: (805) 447-1000 <br> Facsimile: (805) 447-1010 <br> wendy@amgen.com <br><br> *Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited* | By: /s/ Erik J. Olson <br> Erik J. Olson (SBN 175815) <br> Eric C. Pai (SBN 247604) <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 <br> ejolson@mofo.com <br><br> Rachel Krevans (SBN 116421) <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br> rkrevans@mofo.com <br><br> Grant J. Esposito (*pro hac vice*) <br> MORRISON & FOERSTER LLP <br> 250 West 55th Street <br> New York, NY 10019-9601 <br> Telephone: (212) 468-8000 <br> Facsimile: (212) 468-7900 <br> gesposito@mofo.com <br><br> *Attorneys for Defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH* |

**ECF ATTESTATION**

I, Vernon M. Winters, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: May 26, 2016               SIDLEY AUSTIN LLP

                                  By: */s/ Vernon M. Winters*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___May 27___, 2016         _____
                                  THE HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT COURT JUDGE