**SIDLEY AUSTIN LLP**
Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Ana J. Friedman (*pro hac vice*)
Arielle K. Linsey (*pro hac vice*)
Stephen A. Maniscalco (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

**AMGEN INC.**
Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing Limited*

James Beard (S.B.N. 267242)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: james.beard@kirkland.com

James F. Hurst (admitted *pro hac vice*)
Cristina Q. Almendarez (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
         cristina.almendarez@kirkland.com

Jeanna M. Wacker (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jeanna.wacker@kirkland.com

*Attorneys for Defendant Sandoz Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED,<br><br>                          Plaintiffs,<br>     vs.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS D.D.<br><br>                          Defendants. | Case No. 3:16-cv-02581-RS<br>ORDER<br>**STIPULATED REQUEST TO SET CASE MANAGEMENT CONFERENCE DATE AND CHANGE DEADLINE FOR SUBMISSION OF CASE MANAGEMENT STATEMENT** |

STIPULATED REQUEST FOR CASE MANAGEMENT
CONFERENCE AND STATEMENT                                                          Case No. 3:16-cv-02581-RS

1       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited ("Amgen") and Defendant Sandoz Inc. ("Sandoz"), hereby stipulate as follows:

      WHEREAS, this case was reassigned by the Court from Magistrate Judge Spero to Judge Seeborg on May 27, 2016, thereby vacating the previously set initial case management conference;

      WHEREAS, a new date for the initial case management conference has not yet been set;

      WHEREAS, the parties conferred under Rule 26(f) on July 28, 2016, and under Civil Local Rule 16-9(a), are required to file a case management statement, including a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), by August 11, 2016;

      WHEREAS, the Court set a case management conference for related Case No. 14-cv-04741-RS on September 15, 2016 at 10:00 AM;

      NOW, THEREFORE, the parties hereby stipulate and request that the Court hold a joint case management conference in this case and the related Case No. 14-cv-04741-RS on September 15, 2016 at 10:00 AM and change the deadline for filing a case management statement, including a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), under Civil Local Rule 16-9(a) from 14 days after the Rule 26(f) conference to September 8, 2016, 7 days before the initial case management conference.

      Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied and supported by the Declaration of Alexander D. Baxter.

STIPULATED REQUEST FOR CASE MANAGEMENT
CONFERENCE AND STATEMENT       1        Case No. 3:16-cv-02581-RS

Dated: August 5, 2016

| | |
|---|---|
| SIDLEY AUSTIN LLP | KIRKLAND & ELLIS |
| By: /s/ Alexander D. Baxter | By: /s/ James Beard |

**SIDLEY AUSTIN LLP**
Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Ana J. Friedman (*pro hac vice*)
Arielle K. Linsey (*pro hac vice*)
Stephen A. Maniscalco (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

*Attorneys for Plaintiffs*
*Amgen Inc. and Amgen Manufacturing Limited*

James Beard (S.B.N. 267242)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: james.beard@kirkland.com

James F. Hurst (admitted pro hac vice)
Cristina Q. Almendarez (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Jeanna M. Wacker (admitted pro hac vice)
KIRKLAND AND ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jeanna.wacker@kirkland.com

*Attorneys for Defendant Sandoz Inc.*

**ECF ATTESTATION**

I, Alexander D. Baxter, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 5, 2016                                SIDLEY AUSTIN LLP

                                                                   By: /s/ Alexander D. Baxter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   8/5         , 2016            _____
                                                                   THE HONORABLE RICHARD SEEBORG
                                                                   UNITED STATES DISTRICT COURT JUDGE