**SIDLEY AUSTIN LLP**
Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Ana Friedman (*pro hac vice*)
Arielle K. Linsey (*pro hac vice*)
Stephen A. Maniscalco (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

**AMGEN INC.**
Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing Limited*

**KIRKLAND & ELLIS LLP**
James Beard (SBN 267242)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 439-1689
james.beard@kirkland.

James F. Hurst (*pro hac vice*)
Cristina Q. Almendarez (*pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
james.hurst@kirkland.com
cristina.almendarez@kirkland.com

Jeanna M. Wacker (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jeanna.wacker@kirkland.com

*Attorneys for Defendants Sandoz Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH, LEK PHARMACEUTICALS, D.D.<br>Defendants. | Case No. 3:16-CV-02581-RS<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS RELATED TO U.S. PATENT NO. 5,824,784, AND** ~~PROPOSED~~ **ORDER** |

JOINT STIPULATION OF DISMISSAL OF
ALL CLAIMS AND COUNTERCLAIMS
RELATED TO U.S. PATENT NO. 5,824,784      1              Case No. 3:16-CV-02581-RS

Pursuant to Civil Local Rule 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively, "Amgen") and Defendant Sandoz Inc., by and through their counsel, jointly stipulate to the dismissal, without prejudice, of all claims and counterclaims related to U.S. Patent No. 5,824,784 ("the '784 Patent") on the terms set forth herein:

1. Amgen's cause of action directed solely to the '784 Patent, specifically the Third Cause of Action of its Complaint filed May 12, 2016 [Dkt. No. 1], is hereby dismissed without prejudice.

2. Sandoz Inc.'s counterclaims directed solely to the '784 Patent, specifically the Third Counterclaim and the Fourth Counterclaim of Sandoz Inc.'s Answer and Affirmative Defenses and Counterclaims filed June 23, 2016 [Dkt. No. 18], are hereby dismissed without prejudice.

3. The parties agree that neither party is a prevailing party with respect to the '784 Patent, and accordingly no party shall be entitled to attorneys' fees or costs with respect to the '784 Patent, either now or at any future point in the case. To avoid any doubt, this stipulated dismissal of the '784 Patent shall play no role in any argument for or determination of attorneys' fees and costs in this litigation.

Dated: December 1, 2016
Respectfully submitted,

By: */s/ Vernon M. Winters*
Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice)*
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Ana Friedman (*pro hac vice*)
Arielle K. Linsey (*pro hac vice*)
Stephen A. Maniscalco (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing Limited*

By: */s/ James Beard*
James Beard (SBN 267242)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 439-1689
james.beard@kirkland.

James F. Hurst (*pro hac vice*)
Cristina Q. Almendarez (*pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
james.hurst@kirkland.com
cristina.almendarez@kirkland.com

Jeanna M. Wacker (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jeanna.wacker@kirkland.com

*Attorneys for Defendants Sandoz Inc.*

JOINT STIPULATION OF DISMISSAL OF
ALL CLAIMS AND COUNTERCLAIMS
RELATED TO U.S. PATENT NO. 5,824,784    3    Case No. 3:16-CV-02581-RS

**ECF ATTESTATION**

I, Vernon M. Winters, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: December 1, 2016                    SIDLEY AUSTIN LLP

                                           By: */s/ Vernon M. Winters*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___12/7___, 2016                    _____
                                           THE HONORABLE RICHARD SEEBORG
                                           UNITED STATES DISTRICT COURT JUDGE