UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS, D.D.,<br><br>　　　　Defendants. | Case No. 3:16-cv-02581-RS<br><br>**[~~PROPOSED~~] FINAL JUDGMENT**<br><br>The Honorable Richard Seeborg |

# [PROPOSED] FINAL JUDGMENT

It is hereby ORDERED and ADJUDGED:

Pursuant to the Court's Order Granting Summary Judgment of Noninfringement and Denying Rule 56(d) Motion (Dkt. No. 183) and Joint Stipulation of Dismissal of All Claims and Counterclaims Related to U.S. Patent No. 5,824,784, and Order (Dkt. No. 61), the Court hereby ENTERS FINAL JUDGMENT in this matter:

(i) against Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen") and in favor of Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek Pharmaceuticals d.d. (collectively, "Sandoz") on Amgen's first and second causes of action for infringement of U.S. Patent No. 8,940,878 ("the '878 patent");

(ii) in favor of Sandoz Inc. and against Amgen on Sandoz Inc.'s first counterclaim for noninfringement of the '878 patent;

(iii) in favor of Lek Pharmaceuticals d.d. ("Lek") and against Amgen on Lek's first counterclaim for noninfringement of the '878 patent;

(iv) dismissing without prejudice Amgen's third cause of action for infringement of U.S. Patent No. 5,824,784 ("the '784 patent");

(v) dismissing without prejudice Sandoz Inc.'s second, third, and fourth counterclaims for invalidity of the '878 patent, noninfringement of the '784 patent, and invalidity of the '784 patent; and

(vi) dismissing without prejudice Lek's second counterclaim for invalidity of the '878 patent.

Dated: 1/8/18

_____
Honorable Richard Seeborg
United States District Court Judge